IN THE MATTER OF THE ESTATE OF JUNE IRELAND FLASCH, DECEASED.

See same case below: 51 *N. J. Super.* 1.

*Messrs. Brown & Frank* for the petitioners.

*Messrs. Moore, Butler & McGee* for the respondent.

September 12, 1958.   Denied.

JOSEPH Di MICELE, *ET AL.*, CLAIMANTS-PETITIONERS, v. GENERAL MOTORS CORPORATION, *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 51 *N. J. Super.* 167.

*Messrs. Weiner, Weiner & Glennon* and *Mr. Albert L. Kessler* for the petitioners.

*Messrs. Carpenter, Bennett & Morrissey* for the respondents.

September 29, 1958.   Granted.